IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL ACTION NO. 09-431 |
| TERRELL LEWIS<br>　　Defendant. | : | |

**ORDER**

AND NOW, this 17th day of September, 2018, it is hereby ORDERED that Defendant's Motion for Modification of an Imposed Term of Imprisonment Under Amendment 782 (Doc. No. 56), is DENIED as moot by reason of the fact that Defendant is no longer incarcerated.

BY THE COURT:

/s/ C. Darnell Jones, II    J.